ROBERT GRANT, Appellant, *v.* JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Respondent.

(Argued March 13, 1935; decided April 16, 1935.)

*Chester A. Hahn, Sylvia Miller* and *Harry Miller* for appellant.

*Benjamin Reass, Irving Moldauer* and *Leonard G. Egert* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.